Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorney for Defendant
Tesla, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARINA DANIELSON,<br><br>         Plaintiff,<br><br>    vs.<br><br>TESLA, INC.,<br><br>         Defendant. | Case No. 3:25-cv-00070-ART-CSD<br><br>**ORDER GRANTING STIPULATION TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to continue the Early Neutral Evaluation ("ENE") Session currently scheduled for May 21, 2025 at 9:00 a.m. to June 24, 2025 at 9:00a.m.  The scheduling change is necessary due to the undersigned Defense Counsel's conflict with an ENE previously scheduled on the same date in another case in the Southern District of Nevada.

Undersigned Defense Counsel, Deverie Christensen, was ordered to attend an ENE in a case before the Honorable Magistrate Judge Daniel J. Albregts on May 21, 2025.  Thereafter, this Court scheduled an ENE on the same day.  Thus, Defendant's Counsel requested, and Plaintiff's Counsel kindly agreed, to stipulate to continue the ENE Session date subject to the Court's approval.

Counsels worked with the Court Clerk to identify a new available date for the Court to conduct the ENE in this case.  June 24, 2025, at 9:00a.m. was identified as an available date for both Parties and the Court.

Thus, the Parties request the Court continue the current ENE date to June 24, 2025, at 9:00a.m.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 30th day of April, 2025.

| LAW OFFICE OF MARK MAUSERT | JACKSON LEWIS P.C. |
|---|---|
| */s/ Mark Mausert* | */s/ Deverie J. Christensen* |
| Mark Mausert, Bar #2398<br>Sean McDowell, Bar #15962<br>729 Evans Avenue<br>Reno, Nevada 89512 | Deverie J. Christensen, Bar #6596<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff*<br>*Carina Danielson* | *Attorneys for Defendant*<br>*Tesla, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated: May 1, 2025