**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARINA DANIELSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TESLA, INC.,<br><br>　　　　　Defendant. | Case No. 3:25-cv-00070-ART-CSD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Defendant Tesla, Inc., by and through its counsel, and Plaintiff Carina Danielson, by and through her counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the

/ / /

/ / /

/ / /

/ / /

/ / /

Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 18th day of July, 2025.

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Court

Dated: _____7/18/2025_____